NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mj-00362-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE THE PRELIMINARY HEARING** (*First Request*) |
| vs. | |
| GERARDO JAVIER ZARATE, and GRISELDA NEGRETE ZARATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and ALLISON REESE, Assistant United States Attorney, counsel for the United States of America, KATHRYN NEWMAN, Assistant Federal Public Defender, counsel for Defendant GERARDO JAVIER ZARATE, and TODD LEVENTHAL, counsel for Defendant GRISELDA NEGRETE ZARATE, that the preliminary hearing date in the above-captioned matter, currently scheduled for May 31, 2019, at 4:00 pm, be vacated and continued for thirty (30) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The Government needs additional time to produce relevant discovery to Defense Counsel.

2. Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendants about how they would like to proceed.

3. The parties agree to the continuance.

4. Defendant GERARDO ZARATE is out of custody and does not object to the continuance.

5. Defendant GRISELDA ZARATE is in ICE custody but does not object to the continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

8. The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

9. This is the <u>first</u> request for a continuation of the preliminary hearing.

DATED:  May 29, 2019

Respectfully submitted,

_____/s/_____
KATHRYN NEWMAN, AFPD
Counsel for Gerardo Javier Zarate

NICHOLAS A. TRUTANICH
United States Attorney

_/s/_  Allison Reese
_____

_____/s/_____
TODD LEVENTHAL
Counsel for Griselda Negrete Zarate

ALLISON REESE
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-00362-NJK |
| Plaintiff, | ORDER |
| vs. | |
| GERARDO JAVIER ZARATE, and GRISELDA NEGRETE ZARATE, | |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   The Government needs additional time to produce relevant discovery to Defense Counsel.

2.   Defense Counsel needs additional time to review the discovery, conduct additional investigation, and confer with the Defendants about how they would like to proceed.

3.   The parties agree to the continuance.

4.   Defendant GERARDO ZARATE is not in custody and does not object to the continuance.

5.   Defendant GRISELDA ZARATE is in ICE custody but does not object to the continuance.

6.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

7.   The additional time requested herein is not sought for purposes of delay, but to allow for a potential pre-indictment resolution of the case.

8.   The additional time requested by this stipulation, is allowed, with the defendants' consent under the Federal Rules of Procedure 5.1(d).

9.      This is the <u>first</u> request for a continuation of the preliminary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein to potentially resolve the case prior to indictment, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendants' consent, pursuant to Federal Rules of Procedure 5.1(d).

## ORDER

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for May 31, 2019, at the hour of 4:00 pm, be vacated and continued to July 9, 2019, at 4:00 p.m., in Courtroom 3A.

DATED __29th__ day of May, 2019.


_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE