UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERARDO JAVIER ZARATE, and
GRISELDA NEGRETE ZARATE,

Defendant.

Case No.: 2:19-cr-00152-JAD-NJK

**ORDER**

IT IS HEREBY ORDERED that the following matter is unsealed.

| Case Number | In the Matter of the Search of |
|---|---|
| 2:19-mj-00353-NJK | 5413 Avenida Vaquero<br>City of Las Vegas, State of Nevada |

Dated this __2nd__ day of July, 2019.

_____
United States Magistrate Judge