# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO JAVIER ZARATE<br><br>Defendant. | Case No. 2:19-cr-00152-JAD-NJK<br>**ORDER GRANTING**<br>**MOTION TO AMEND ORDER (ECF NO. 81)** |

Gerardo Zarate, by and through his undersigned counsel, respectfully requests the court amend its order modifying his conditions issued on November 20, 2020, (ECF No. 81) to allow him to travel from December 8 to December 20, 2020.

Mr. Zarate requested the Court's permission to travel to Michoacán, Mexico to visit his mother from December 1, 2020 to December 15, 2020. ECF No. 77. After full briefing, the Court granted Mr. Zarate's request. ECF No. 81. On November 23, 2020, Mr. Zarate informed Pretrial Services that he needs to travel from December 8 to December 20, 2020. Mr. Zarate has provided his proposed itinerary to the Office of Pretrial Services as ordered. Pretrial Services conveyed the request to change dates to Mr. Zarate's counsel.

Thus, for the reasons set forth in his underlying motion (ECF Nos. 77, 80), Mr. Zarate requests the Court modify its order allowing him to travel to Mexico to reflect the dates of travel, December 8, 2020 to December 20, 2020.

DATED 24th day of November, 2020.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Kathryn C. Newman
KATHRYN C. NEWMAN
Assistant Federal Public Defender

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 24, 2020

2