# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO JAVIER ZARATE,<br><br>Defendant. | Case No.: 2:19-cr-00152-JAD-NJK<br><br>ORDER GRANTING STIPULATION FOR **SUBSTITUTION OF ATTORNEY** |

GERARDO JAVIER ZARATE, hereby substitutes SEAN P. SULLIVAN, ESQ., and MICHAEL D. PARIENTE, ESQ., 400 S. 4th Street, Suite 280, Las Vegas, NV 89101, Ph: 702-385-7270, as attorney of record in place and stead of KATHRYN C. NEWMAN, ESQ.

DATED this 24th day of May, 2021.    /s/ Gerardo Zarate


I consent to the above substitution.

DATED this 24th day of May, 2021.    /s/ Kathryn Newman

…

…

1

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: May 23, 2021 /s/ Sean P. Sullivan

/s/ Michael D. Pariente

Please check one:  X  RETAINED, or ____ APPOINTED BY THE COURT.

APPROVED:

DATED: May 25, 2021

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

2