**STIP**
THE PARIENTE LAW FIRM, P.C.
MICHAEL D. PARIENTE, ESQ.
Nevada Bar No. 9469
3960 Howard Hughes Parkway, Suite 615
Las Vegas, Nevada 89169
(702) 966-5310
Attorney for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 02:19-CR-00152-JAD-NJK |
| Plaintiff, | |
| vs. | |
| GERARDO JAVIER ZARATE, | |
| GRISELDA NEGRETE ZARATE, | |
| Defendants. | |

**ORDER GRANTING**
**STIPULATION TO MODIFY TRAVEL RESTRICTIONS**

IT IS HEREBY STIPULATED AND AGREED, by and between Michael D. Pariente, Esq., and Sean Sullivan, Esq., for defendant GERARDO JAVIER ZARATE, and Allison Reese, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the defendant be permitted to travel in the continental United States for work purposes. The defendant shall abide by the following restrictions on personal association, place of abode or travel:

1. Travel is restricted to the continental United States as approved by Pretrial Services for work-related purposes only.

2. Defendant must provide detailed work-related travel plans of his destinations to his United States Pretrial Services Officer prior to any travel outside the State of Nevada so that it may be approved by Pretrial Services.

DATED this 1st day of September, 2021.

1

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney | THE PARIENTE LAW FIRM, P.C. |
| | */s/ Sean P. Sullivan* |
| */s/ Allison Reese* | */s/ Michael D. Pariente* |
| Allison Reese | Michael D. Pariente, Esq. |
| Assistant United States Attorney | Sean P. Sullivan, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant Gerardo Zarate |

**IT IS SO ORDERED.**

DATED: September 2, 2021

_____
Nancy J. Koppe
UNITED STATES MAGISTRATE JUDGE

2