# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GERARDO ZARATE,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00152-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 104) |

　　　　Pending before the Court is the parties' stipulation to modify Defendant Gerardo Zarate's conditions of pretrial release to permit him to travel to Mexico on an emergent basis. Docket No. 104. The parties submit that Defendant's mother is hospitalized and "not expected to live" and asks the Court to allow him to travel to Mexico to visit her from September 21, 2021, to October 12, 2021. *Id*. The parties further submit that Defendant's Pretrial Service Officer does not oppose the instant request. *Id*. This stipulation constitutes the third time that Defendant has asked the Court to allow him to travel to Mexico to visit his mother. *See* Docket Nos. 77, 100. The Court granted the two prior requests. *See* Docket Nos. 81, 101.

　　　　Defendant's prior requests for travel contained specific descriptions regarding how he would travel, when he would travel, and where he would stay, among other things. *See* Docket Nos. 77, 100. In contrast, the current request contains no such specifics; rather, it simply states that he wants to travel between September 21, 2021 and October 12, 2021.

　　　　Accordingly, the parties' stipulation, Docket No. 104, is hereby **DENIED** without prejudice.

　　　　IT IS SO ORDERED.

　　　　DATED: September 20, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE